IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Timothy D. Burkitt, | : | |
| Plaintiff | : | Civil Action 2:11-cv-910 |
| v. | : | |
| BMI Federal Credit Union, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER DISMISSING CASE**

On February 22, 2012, Plaintiff filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. 10.) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

s/Mark R. Abel
United States Magistrate Judge
